IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Walter Brzowski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 CV 9339 |
| | ) | |
| Illinois Department of Corrections, et al., | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants, Illinois Department of Corrections ("IDOC"), Michael Melvin, Guy Pierce, Nicholas Lamb, Brenda Sigler, and David Hadley, by and through their attorney, Lisa Madigan, Attorney General of Illinois, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court to dismiss Plaintiff's Complaint, as fully set forth in Defendants' Memorandum in Support of their Motion to Dismiss Plaintiff's Complaint. All of Plaintiff's claims against the IDOC and the individual Defendants in their official capacities for monetary damages are barred by the Eleventh Amendment. Therefore, Defendants respectfully request that the Court grant their motion and dismiss Plaintiff's Complaint in its entirety.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

s/ *Colleen M. Shannon*
COLLEEN M. SHANNON
Assistant Attorney General
General Law Bureau

1

Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4450
cshannon@atg.state.il.us