# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 12, 2017

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 16-2107

| | |
|---|---|
| WALTER J. BRZOWSKI,<br>*Petitioner-Appellant,*<br><br>*v.*<br><br>MICHAEL MELVIN,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:14-cv-04014<br><br>Jorge L. Alonso,<br>*Judge.* |

## ORDER

Walter Brzowski has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find that Brzowski has made a substantial showing that he is being denied his right to due process of law by being kept in prison beyond his sentence of imprisonment. *See* § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **GRANTED**. We sua sponte APPOINT counsel to assist Brzowski in his appeal. A separate order will follow naming counsel and setting an expedited briefing schedule. The parties must also address the issue of exhaustion of state remedies.

**EXHIBIT A**