## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Walter Brzowski

               Plaintiff,

v.

               Case No.: 1:17−cv−09339
               Honorable Matthew F. Kennelly

John R Baldwin, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 11/15/2018 with only plaintiff's attorney. The IDOC master file has been produced. Status hearing is continued to 12/19/2018 at 9:00 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.